IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS EDWARD NESBITT, | ) | 4:10CV3099 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, Director, State of Nebraska Department of Correctional Services, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Reopen Case. (Filing No. 41.) Liberally construed, Petitioner asks the court to reopen this case in return for the testimony he provided in *Russell v. Houston, et al.*, Case No. 4:09CV3249 (D. Neb. 2009), an entirely unrelated matter. Upon careful consideration,

IT IS ORDERED that: Petitioner's Motion to Reopen Case (filing no. 41) is denied.

DATED this 22nd day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.